IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NORMA BERNAL-PIOQUINTO,<br><br>Defendant. | 4:20CR3084<br><br>INDICTMENT<br>18 U.S.C. § 1546(b)(1)<br>42 U.S.C. § 408(a)(7)(B) |

The Grand Jury charges that

## COUNT I

On or about June 6, 2019, in the District of Nebraska, the defendant, NORMA BERNAL-PIOQUINTO, for the purpose of satisfying a requirement of the employment verification system set forth in subsection 1324a(b) of Title 8 of the United States Code, possessed and used an identification document, to wit, a signed social security account number card bearing social security number XXX-XX-4139, knowing that said document was not issued lawfully for her use.

In violation of Title 8, United States Code, Section 1546(b)(1).

## COUNT II

On or about June 6, 2019, in the District of Nebraska, the defendant, NORMA BERNAL-PIOQUINTO, in a matter within the jurisdiction of the United States Social Security Administration, for the purpose of obtaining something of value and for other purposes, knowingly, and with the intent to deceive, falsely represented in an Employment Eligibility Verification Form (Form I-9) that her Social Security account number to be XXX-XX-4139, when in fact, as defendant well knew, Social Security account number XXX-XX-4139 was not assigned to defendant.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT III

On or about June 19, 2019, in the District of Nebraska, the defendant, NORMA BERNAL-PIOQUINTO, for the purpose of satisfying a requirement of the employment verification system set forth in subsection 1324a(b) of Title 8 of the United States Code, possessed and used an identification document, to wit, a signed social security account number card bearing social security number XXX-XX-4139, knowing that said document was not issued lawfully for her use.

In violation of Title 8, United States Code, Section 1546(b)(1).

## COUNT IV

On or about June 19, 2019, in the District of Nebraska, the defendant, NORMA BERNAL-PIOQUINTO, in a matter within the jurisdiction of the United States Social Security Administration, for the purpose of obtaining something of value and for other purposes, knowingly, and with the intent to deceive, falsely represented in an Employment Eligibility Verification Form (Form I-9) that her Social Security account number to be XXX-XX-4139, when in fact, as defendant well knew, Social Security account number XXX-XX-4139 was not assigned to defendant.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

TESSIE L.S. SMITH #25828
Assistant United States Attorney

3