IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:20-CR-3084 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **UNOPPOSED MOTION TO CONTINUE** |
| NORMA BERNAL-PIOQUINTO, | ) | |
| Defendant. | ) | |

COMES NOW Defendant, Norma Bernal-Pioquinto, by and through his undersigned counsel of record, in the above-captioned case, and respectfully moves this honorable court, pursuant to good cause provision of the court's progression order, to grant a continuance of the March 4, 2021, at 12:00 PM sentencing under its Order on Sentencing Schedule entered February 11, 2021. In support of this motion, counsel states as follows:

1. On February 11, 2021, this Honorable court entered an order continuing sentencing hearing to March 4, 2021, at 12:00PM Doc. No. 39.

2. In order to reduce in person court proceedings, limit exposure, and protect against the spread of disease during the COVID-19 pandemic, Counsel request the hearing be continued.

3. Defendant's counsel has several scheduling conflicts with the Defendant's new sentencing date as set, and will not be available for the sentencing.

4. That Defendant's attorney hereby requests that sentencing in this case be continued.

5. That Defendant understands that the time for continuance granted will be deducted from her speedy trial time under 18 U.S.C. §3161 (h) (8) (A) & (B) and waives that right.

6. That Defense counsel has conferred with Tessie L Smith, counsel for the United States, regarding this continuance and she is unopposed.

7. That Defense counsel in good faith believes that the Court will not be prejudiced if this continuance is granted.

**WHEREFORE** for all of the foregoing reasons, the Defense counsel moves for a continuance of Defendant's Sentencing as set on March 4, 2021, at 12:00PM.

DATED this 3rd day of March, 2021.

Norma Bernal-Pioquinto, Defendant

By: /s/ Chinedu Igbokwe
    Chinedu Igbokwe, Esq. #23789
    Banwo & Igbokwe Law Firm, LLC
    3568 Dodge Street, Suite 100
    Omaha, Nebraska 68131
    Tel: (402) 345-5759
    Fax: (402) 345-6404
    nedu@bi-law.com

CERTIFICATE OF SERVICE

I, hereby certify that on this 3rd day of March, 2021 a true and correct copy of the foregoing document was served by electronic filing via CM/ECF, on all of the parties who are all CM/ECF filers and counsel is without knowledge of any unrepresented party or party who is not a CM/ECF filer involved in these proceedings.

/s/Chinedu Igbokwe
Chinedu Igbokwe, Esq.